162 A.3d 1045

IN THE MATTER OF WILLIAM B. GALLAGHER, AN
ATTORNEY AT LAW (ATTORNEY NO. 249671968)

June 16, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–254 and DRB 16–296, recommending on the records certified to the Board pursuant to *Rule* 1:20–14(f)(default by respondent), that **WILLIAM B. GALLAGHER**, formerly of **ASBURY PARK**, who was admitted to the bar of this State in 1968, and who has been temporarily suspended from the practice of law since January 30, 2015, be disbarred for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (failure to act with diligence), *RPC* 1.4(b)(failure to communicate with client), *RPC* 1.15(a)(knowing misappropriation of client and escrow funds and failure to safeguard funds), *RPC* 1.15(b)(failure to promptly notify a client or third party on the receipt of funds and to promptly deliver those funds to the client or third party), *RPC* 1.15(d)(recordkeeping violations), *RPC* 5.5(a)(1)(practicing law while ineligible), *RPC* 8.1(a)(knowing making a false statement of material fact), *RPC* 8.1(b)(failure to respond to a lawful demand for information from a disciplinary authority), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), *RPC* 8.4(d)(conduct prejudicial to the administration of justice), and the principles of *In re Wilson*, 81 *N.J.* 451, 409 *A.*2d 1153 (1979), and *In re Hollendonner*, 102 *N.J.* 21, 504 *A.*2d 1174 (1985);

And **WILLIAM B. GALLAGHER** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

338

It is ORDERED that **WILLIAM B. GALLAGHER** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **WILLIAM B. GALLAGHER** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **WILLIAM B. GALLAGHER** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.